IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRIS MICHAEL GUIDRY**                                                           **PLAINTIFF**

v.                               **Case No. 4:25-cv-00065-JM**

**USA**, *et al.*                                                                        **DEFENDANTS**

## ORDER

Chris Guidry's second amended complaint, in which he seeks damages and the removal of liens on property related to his criminal convictions (Doc. 39), is dismissed without prejudice for the reasons set out in the Court's previous screenings. *See* Doc. 7 & 16.; *see United States v. Guidry*, 4:19-cr-156-BSM (E.D. Ark.). The motion to for discovery (Doc. 40) is denied as moot.

IT IS SO ORDERED this 3rd day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE