# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CHRIS MICHAEL GUIDRY**                                                        **PLAINTIFF**

**v.**                                           **Case No. 4:25-cv-00065-JM**

**USA,** *et al.*                                                                     **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 3rd day of September, 2025.

                                                                                                _____
                                                                                         UNITED STATES DISTRICT JUDGE